IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN WILKES, | ) | CV 05-38-H-CSO |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CHARLES SMALL, SR., et al., | ) | |
| Defendants. | ) | |

Plaintiff Wilkes has applied to proceed *in forma pauperis* with this action. United States Magistrate Judge Carolyn S. Ostby recommends denial of Plaintiff Gehring's application to proceed *in forma pauperis* and dismissal of this case because of her conclusion upon review of the Plaintiff's filings that "[with respect to each of Wilkes' contentions, either the Court lacks jurisdiction or the contention is patently frivolous and lacking in merit."

I can find no clear error with Judge Ostby's recommendation and adopt it in full. "A district court may deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." Tripati v. First National Bank & Trust, 821 F.2d

-1-

-2-

1368, 1370 (9th Cir. 1987).  Such is the case here.

It is therefore HEREBY ORDERED that Wilkes' application to proceed *in forma pauperis* is DENIED and this matter is DISMISSED. The Clerk of this Court is instructed to close the case file.

DATED this 23rd day of May, 2006.

_____
Donald W. Molloy, Chief Judge
United States District Court